IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TIMOTHY LEE SUNDAY,          )
                             )
     Petitioner,             )
                             )      CIVIL ACTION NO.
     v.                      )        3:15cv537-MHT
                             )             (WO)
CHRISTOPHER GORDY, et al.,   )
                             )
     Respondents.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that costs are taxed against

petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2015.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**